denied. *Mr. Hal Lindsay* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 249. LINDSAY, RECEIVER, *v.* ELLIOTT ET AL., RECEIVERS. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Edward D. Hays* for petitioner. *Mr. Edward W. Mullins* for respondents.

No. 250. HIRSIG ET AL. *v.* TRAVELERS INSURANCE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank F. L'Engle* for petitioners. *Mr. Francis M. Holt* for respondent.

No. 251. BREA CANON OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George H. Koster* and *L. A. Luce* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 253. MONTANA, WYOMING & SOUTHERN R. CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry J. Richardson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David E. Hudson, James W. Morris* and *S. Dee*